No. 2023-2348

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

BILLJCO, LLC,

*Appellant,*

v.

APPLE INC.,

*Appellee.*

Appeal From the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00426

## APPELLANT BILLJCO, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE OUT OF TIME CORRECTED NON-CONFIDENTIAL OPENING BRIEF

Brian R. Michalek
Joseph M. Kuo
Elizabeth A. Thompson
Saul Ewing LLP
161 N. Clark Street, Suite 4200
Chicago, Illinois 60601
Tel: (312) 876-7100
Brian.Michalek@saul.com
Joseph.Kuo@saul.com
Elizabeth.Thompson@saul.com

Brian Landry
Saul Ewing LLP
131 Dartmouth Street, Suite 501
Boston, Massachusetts 02116
Tel: (617) 912-0969
Brian.Landry@saul.com

Courtland C. Merrill
Saul Ewing LLP
33 South Sixth Street, Suite 4750
Minneapolis, Minnesota 55402
Tel: (612) 225-2943
Courtland.Merrill@saul.com

*Counsel for Appellant, BillJCo, LLC*

FORM 9. Certificate of Interest                                      Form 9 (p. 1)
                                                                     March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 23-2348
**Short Case Caption** BillJCo, LLC v. Apple, Inc.
**Filing Party/Entity** BillJCo, LLC

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 09/15/2023              Signature: /s/ Elizabeth A. Thompson

                              Name:      Elizabeth A. Thompson

Case 23-2348    Document 24-1    Page 3    Filed 09/27/2023

FORM 9. Certificate of Interest                                           Form 9 (p. 2)
                                                                          March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| BillJCo, LLC | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐  Additional pages attached

FORM 9. Certificate of Interest                                              Form 9 (p. 3)
                                                                              March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☑ None/Not Applicable    ☐ Additional pages attached

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below)    ☐ No    ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable    ☐ Additional pages attached

|  |  |  |
|--|--|--|
|  |  |  |

# MOTION FOR LEAVE TO FILE OUT OF TIME CORRECTED NON-CONFIDENTIAL OPENING BRIEF

In accordance with Federal Circuit Rule 26(b), Appellant BillJCo, LLC ("BillJCo") respectfully seeks leave of Court to file *instanter* an out-of-time corrected non-confidential principal brief, and in support states as follows:

1. On August 29, 2023, BillJCo filed its notice of appeal of the Patent Trial and Appeal Board's final written decision entered on June 27, 2023 on Appellee Apple Inc.'s ("Apple") petition for *inter partes* review.

2. BillJCo filed its confidential and non-confidential principal briefs on December 11, 2023 (ECF Nos. 15 and 16.)

3. On December 15, 2023, the Court issued a Notice of Non-Compliance related to the confidential and non-confidential principal briefs filed on December 11, 2023 (ECF No. 17).

4. On December 19, 2023, BillJCo filed its confidential corrected principal brief (ECF No. 18). On the same date, BillJCo also attempted to file its non-confidential corrected principal brief, and believed that it had been filed. See Declaration of Joseph Kuo, ¶ 7.

5. On December 27, 2023, BillJCo was advised by way of the Court's notice on December 27, 2023 (ECF No. 19) that its non-confidential corrected principal brief had not been received by the Court. Prior to receiving the Court's

notice, BillJCo was unaware that its non-confidential corrected principal brief had not been received by the Court. See Declaration of Joseph Kuo, ¶ 8.

6. Based on investigations, it appears that the non-confidential corrected principal brief was not filed due to a computer error, even though the confidential corrected principal brief was filed as intended. See Declaration of Joseph Kuo, ¶ 9.

7. BillJCo respectfully requests this Court to allow it to file its corrected non-confidential principal brief *instanter*. BillJCo's corrected non-confidential principal brief is being submitted contemporaneously with this motion.

8. On December 27, 2023, prior to the filing of this motion, counsel for Apple indicated via email that Apple had no objection to this request.

9. The accompanying Declaration of Joseph Kuo, attorney for BillJCo, demonstrates good cause for this request.

WHEREFORE, Appellant BillJCo respectfully requests that this Court grant its motion for leave to file its corrected non-confidential principal brief out-of-time and grant any such further relief as this Court deems equitable and just.

Dated: December 27, 2023         Respectfully submitted,

                                 /s/ Joseph M. Kuo

Brian R. Michalek                Brian Landry
Joseph M. Kuo                    Saul Ewing LLP
Elizabeth A. Thompson            131 Dartmouth Street, Suite 501
Saul Ewing LLP                   Boston, Massachusetts 02116
161 N. Clark Street, Suite 4200  Tel: (617) 912-0969

2

Chicago, Illinois 60601
Tel: (312) 876-7100
Brian.Michalek@saul.com
Joseph.Kuo@saul.com
Elizabeth.Thompson@saul.com

Brian.Landry@saul.com

Courtland C. Merrill
Saul Ewing LLP
33 South Sixth Street, Suite 4750
Minneapolis, Minnesota 55402
Tel: (612) 225-2943
Courtland.Merrill@saul.com

*Counsel for Appellant, BillJCo, LLC*

# DECLARATION OF JOSEPH M. KUO

I, Joseph M. Kuo, declare under penalty of perjury as follows:

1. I am an attorney with the law firm of Saul Ewing LLP.

2. I am counsel of record for Appellant BillJCo, LLC ("BillJCo").

3. I have been a member of the bar of this Court since October 20, 2008, and make this declaration based on my own personal knowledge.

4. On August 29, 2023, BillJCo filed its notice of appeal of the Patent Trial and Appeal Board's final written decision entered on June 27, 2023 on Appellee Apple Inc.'s ("Apple") petition for *inter partes* review.

5. BillJCo filed its confidential and non-confidential principal briefs on December 11, 2023 (ECF Nos. 15 and 16.)

6. On December 15, 2023, the Court issued a Notice of Non-Compliance related to the confidential and non-confidential principal briefs filed on December 11, 2023 (ECF No. 17).

7. On December 19, 2023, I filed BillJCo's confidential corrected principal brief (ECF No. 18). On the same date, I intended to file BillJCo's non-confidential corrected principal brief, and believed that this had been done.

8. On December 27, 2023, I became aware that BillJCo's non-confidential corrected principal brief had not been received by the Court when I received via ECF

a notice from the Court indicating that the non-confidential corrected principal brief had not been received. (ECF No. 19).

9. It appears that due to some computer error that BillJCo's non-confidential corrected principal brief was not filed on December 19, 2023 as was intended, even though BillJCo's confidential corrected principal brief was filed on that date.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 27, 2023                                          /s/ Joseph M. Kuo

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 27th day of December, 2023, I electronically filed **Appellant BillJCo LLC's Unopposed Motion for Leave to File Out-of-Time Corrected Non-Confidential Principal Brief** using the CM/ECF System. Counsel for the Appellee was electronically served via e-mail through and by the electronic filing system per Fed. Cir. R. 25(e).

                                                    /s/ Joseph M. Kuo